```
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF TENNESSEE
                         NASHVILLE DIVISION
```

ERIC TUTTOBENE, *et al.*,           )
                                    )
      Plaintiffs              )
                                    )   No. 3:10-0978
v.                                  )   Judge Sharp/Brown
                                    )   **Jury Demand**
THE ASSURANCE GROUP, INC., *et al.*,)
                                    )
      Defendants              )

## **O R D E R**

A telephone conference was held with the parties at their request in this matter to discuss scheduling in reference to the Court's earlier order (Docket Entry 100). After discussion with the parties the in-court conference presently set for March 31, 2014 (Docket Entry 93) is **CANCELED**. The parties may have until **May 23, 2014**, to complete discovery and to submit a protocol for the audit that is contemplated in this matter. The Magistrate Judge expects the parties to have selected an auditor by this date.

The parties were unsure how long it would take an auditor to complete the audit that they will agree on. Plaintiffs think that the data will be complicated.

After discussion with the parties and consulting with Judge Sharp's courtroom deputy, this case which the parties estimate will take five days to try with a jury, is set for trial before Judge Sharp on **March 31, 2015**. Judge Sharp will conduct the final pretrial conference on **March 16, 2015, at 2:00 p.m.** Judge

Sharp will issue a separate order concerning his requirements for the final pretrial conference and trial at a later date.

A telephone conference with the parties is set for **June 12, 2014, at 10:00 a.m.** to discuss the estimated length of the audit and to set intermediate dates for any additional motion practice in preparation for the trial. **To participate in the conference call, parties will call 615-695-2851 at the scheduled time.**

It is so ORDERED.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge