# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| ERIC TUTTOBENE, ROBERT GHIRINGHELLI, COLIN KEITH HOLLEY, DERROLD NASH, ANTHONY PETITTI, JR., and HARMON G. PYE, III, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 3:10-cv-0978 |
| THE ASSURANCE GROUP, INC., | ) JUDGE SHARP ) Magistrate Judge Brown |
| Defendant. | ) |

## AGREED ORDER FOR EXTENSION OF TIME TO SUBMIT PROGRESS REPORT, AGREED PROTOCOL AND AGREED AUDITOR

It appears to the Court, as evidenced by the signatures of counsel below, that the parties have agreed to an extension of time within which to submit the progress report, agreed protocol, and agreed auditor from Monday, August 4, 2014 per the Court's July 3, 2014 Order (Doc 117), to Thursday, August 7, 2014. This extension will not alter the schedule for any call or hearing with the Magistrate Judge.

It is so ORDERED.

/S/ Joe B. Brown
JOE B. BROWN
UNITED STATES MAGISTRATE JUDGE

AGREED FOR ENTRY:


/s/ John S. Hicks
John S. Hicks (BPR No. 010478)
BAKER, DONELSON, BEARMAN
CALDWELL & BERKOWITZ, PC
211 Commerce Street, Suite 800
Nashville, TN 37201
jhicks@bakerdonelson.com
Tel: (615) 726-7337
Facsimile: (615) 744-7337

*Attorneys for Defendant*



/s/ Wm. Kennerly Burger w/ permission by John S. Hicks
Wm. Kennerly Burger
BURGER, SCOTT & McFARLIN
12 Public Square North
Murfreesboro, TN 37130

*Attorneys for Plaintiffs*

2