IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| ERIC TUTTOBENE, ROBERT GHIRINGHELLI, COLIN KEITH HOLLEY, DERROLD NASH, ANTHONY PETITTI, JR., and HARMON G. PYE, III, ) ) ) ) | |
| Plaintiffs, ) | |
| v. ) | Case No. 3:10-cv-0978 |
| THE ASSURANCE GROUP, INC., ) | JUDGE SHARP |
| ) | Magistrate Judge Brown |
| Defendant. ) | |

**AGREED ORDER FOR EXTENSION OF TIME TO FILE
RESPONSE TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

It appears to the Court, as evidenced by the signatures of counsel below, that the parties have agreed to an extension of time within which Defendant will file its Response to Plaintiffs' Motion for Partial Summary Judgment from Friday, August 15, 2014 to Monday, August 25, 2014. This extension will not alter case deadlines or the schedule for any call or hearing with the Magistrate Judge.

It is so ORDERED.

*Kevin H. Sharp*
JUDGE

AGREED FOR ENTRY:

/s/ John S. Hicks
John S. Hicks (BPR No. 010478)
BAKER, DONELSON, BEARMAN
CALDWELL & BERKOWITZ, PC
211 Commerce Street, Suite 800
Nashville, TN 37201
jhicks@bakerdonelson.com
Tel: (615) 726-7337
Facsimile: (615) 744-7337

*Attorneys for Defendant*


/s/ Wm. Kennerly Burger w/ permission by John S. Hicks
Wm. Kennerly Burger
BURGER, SCOTT & McFARLIN
12 Public Square North
Murfreesboro, TN 37130

*Attorneys for Plaintiffs*