# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| ERIC TUTTOBENE, ROBERT GHIRINGHELLI, COLIN KEITH HOLLEY, DERROLD NASH, ANTHONY PETITTI, JR., and HARMON G. PYE, III, <br><br> Plaintiffs, <br><br> v. <br><br> THE ASSURANCE GROUP, INC., <br><br> Defendant. | Case No. 3:10-cv-0978 <br><br> JUDGE SHARP <br> Magistrate Judge Brown |

## AGREED ORDER FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

It appears to the Court, as evidenced by the signatures of counsel below, that the parties have agreed to an additional extension of time within which Defendant will file its Response to Plaintiffs' Motion for Partial Summary Judgment from Monday, August 25, 2014 to Wednesday, September 24, 2014. This extension will not alter case deadlines or the schedule for any call or hearing with the Magistrate Judge.

It is so ORDERED.

_Kevin H. Sharp_
JUDGE